**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc.," and Jay T. Erickson,

Defendants.

Civil No. 01-657 (DWF/AJB)

**ORDER**

---

Thomas E. Propson, Esq. and Barton C. Gernander, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, and Carla Condiff, Esq. of Equus Computer Systems, Inc., appeared on behalf of Plaintiff.

Donald C. Mark, Jr., Esq. and Shannon M. McDonough, Esq., Fafinksi, Mark & Johnson, 6600 City West Parkway, Suite 300, Eden Prairie, Minnesota 55344, appeared on behalf of Defendants.

---

The Court filed a Memorandum Opinion and Order in the above-entitled matter on May 4, 2001. The Court hereby respectfully directs that the Clerk of Court remove page 1 of the Memorandum Opinion and Order and substitute the attached page 1. Thc basis of thc Court's request is to correct the list of counsel.

Dated: May 8, 2001

DONOVAN W. FRANK
Judge of United States District Court

MAY 08 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc.," and Jay T. Erickson,

Defendants.

Civil No. 01-657 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Thomas E. Propson, Esq. and Barton C. Gernander, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, and Carla Condiff, Esq. of Equus Computer Systems, Inc., appeared on behalf of Plaintiff.

Donald C. Mark, Jr., Esq. and Shannon M. McDonough, Esq., Fafinksi, Mark & Johnson, 6600 City West Parkway, Suite 300, Eden Prairie, Minnesota 55344, appeared on behalf of Defendants.

---

**Introduction**

The above-entitled matter came on for hearing before the undersigned United States District Judge on April 30, 2001, pursuant to Plaintiff's motion for a temporary restraining order. For the reasons stated below, the Court grants Plaintiff's motion in part and denies it in part.

**Background**

Defendant Erickson was employed as a sales representative by Plaintiff Equus Computer Systems, Inc. ("Equus") from December 1996 through March 30, 2001. Equus manufactures custom-built computer systems for primarily three categories of customer: Value Added Resellers ("VARs"), Designated Systems Groups ("DSGs"), and large group purchasers. VARs operate as wholesalers to particular markets; for example, a VAR catering to advertising agencies