**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EQUUS COMPUTER SYSTEMS, INC., Civil No. 01-657 DWF/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

NORTHERN COMPUTER
TECHNOLOGIES, INC., ET AL.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern that part of these proceedings that concern the motion for injunctive relief. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be limited to issues relevant to whether injunctive relief should be granted.

2. Factual discovery related to the question of injunctive relief shall be commenced in time to be completed by October 15, 2001.

3. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before May 15, 2001.

4. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By the party bearing the burden of proof on a particular issue on or before August 15, 2001.

Filed MAY 09 2001
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

b. By the party responding to a particular issue on or before September 15, 2001.

c. All rebuttal expert reports shall be due on or before October 1, 2001.

5. No more than 25 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

6. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rule 37.2.

Motions Seeking Injunctive Relief

1. All motions seeking injunctive relief shall be served by November 15, 2001.

2. Any response to said motion shall be served by December 3, 2001.

3. Any Reply shall be served by December 10, 2001.

4. All motions seeking injunctive relief shall be scheduled, filed and served in compliance with Local Rule 7.1.

5. Hearing on injunction shall be heard on or after December 15, 2001.

Dated: 5/9/01

Arthur J. Boylan
United States Magistrate Judge

MEMORANDUM

It shall be the responsibility of plaintiff's counsel to contact the Magistrate Judge's Chambers following the issuance of an order on the motion for injunctive relief for purposes of scheduling a final Rule 16 conference

AJB