**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc., (d/b/a "Nortech Computer Systems"), and Jay T. Erickson,

Defendants.

Court File No. 01-657 (DWF/AJB)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM OF DEFENDANT JAY T. ERICKSON**
AND ORDER

---

Under Rules 6(b) and 12(a)(2) of the Federal Rules of Civil Procedure, the parties agree that the Plaintiff may have an extension of time until June 8, 2001 in which to answer or otherwise respond to the counterclaim of defendant Jay T. Erickson. This stipulation shall become effective upon execution by counsel for both parties. Entry of the order may be made without further hearing or notice to any of the parties.

Dated: June 4, 2001

THOMAS E. PROPSON (#231046)
BARTON C. GERNANDER (#26779X)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384

***Attorneys for Plaintiff Equus Computer Systems, Inc.***

FILED JUN 05 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 4, 2001

DONALD CHANCE MARK (#67659)
SHANNON M. MCDONOUGH (#259512)
*FAFINSKI MARK & JOHNSON, P.A.*
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Facsimile: (952) 995-9577

***Attorneys for Defendants Northern Computer Technologies, Inc. and Jay T. Erickson***

**IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation and under Rule 6(b) of the Federal Rules of Civil Procedure, the Court hereby grants Plaintiff an extension of time until June 8, 2001 in which to answer or otherwise respond to the counterclaim of defendant Jay T. Erickson.

Dated: 6/5/01

BY THE COURT:

The Honorable Donovan W. Frank
Judge of United States District Court

888599