**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc.
(d/b/a "Nortech Computer Systems"), and
Jay T. Erickson,

Defendants,

Civil No. 01-657 (DWF/AJB)

**ORDER AMENDING SCHEDULING**

This matter is before the Court, Magistrate Arthur J. Boylan, on plaintiff's motion to extend scheduling deadlines for pretrial discovery. Hearing was held on August 29, 2001, at the U.S. Courthouse, 316 No. Robert Street., St. Paul, Minnesota. Hearing was also scheduled at that time on plaintiff's motion to compel discovery and motion to amend the complaint. Those motions are continued pending rescheduling.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery and to amend the scheduling order in **granted in part and continued in part** [Docket No. 35].

2. Plaintiff's motion to amend the complaint is **continued** pending rescheduling [Docket No. 38].

3. Plaintiff's motion to compel discovery is **continued** pending rescheduling.

4. Plaintiff's motion to amend the pretrial scheduling order is **granted**. Deadlines pursuant to the existing Pretrial Scheduling Order which had not expired prior to filing



FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of the presently pending motions are hereby extended by a period of **60 days**. Specifically, fact discovery shall be completed by **December 15, 2001**; initial expert disclosures are due **October 15, 2001**, responsive expert disclosure are due **November 15, 2001**, and rebuttal reports are due **December 1, 2001**; motions seeking injunctive relief shall be served by **January 15, 2002**, responses shall be served by **February 3, 2002**, and replies shall be served by **February 10, 2002**; and hearing shall be heard on or after **February 15, 2002**. In other respects the initial Pretrial Scheduling Order shall remain in effect.

Dated: August 29, 2001

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500