**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc.," and Jay T. Erickson,

Defendants.

Civil No. 01-657 (DWF/AJB)

**MEMORANDUM OPINION AND ORDER**

---

Thomas E. Propson, Esq. and Barton C. Gernander, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, and Carla Condiff, Esq. of Equus Computer Systems, Inc., appeared on behalf of Plaintiff.

Donald C. Mark, Jr., Esq. and Shannon M. McDonough, Esq., Fafinksi, Mark & Johnson, 6600 City West Parkway, Suite 300, Eden Prairie, Minnesota 55344, appeared on behalf of Defendants.

---

The above-entitled matter is currently before the Court, pursuant to Defendants' May 7, 2001, *in camera* submission to the Court in compliance with the Court's Memorandum Opinion and Order, dated May 4, 2001. Upon the belief that the submission contains proprietary and confidential information of Nortech, Defendants submitted to the Court a copy of a configurator program and the Second Affidavit of Jay T. Erickson, describing the creation of the program. In his second affidavit, Defendant Erickson states that he created the program while working for Defendant Nortech and that the program contains significant proprietary information belonging to Nortech. Defendant Erickson also states that he created, on his own time, a similar

FILED NOV 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

configurator program containing Equus proprietary information, a copy of which has already been provided to Plaintiff.

Having reviewed Defendants' May 7, 2001, submission along with the previous submissions by the parties and being otherwise duly advised in the premises, the Court issues the following:

**ORDER**

That Defendants shall supply Plaintiff with an appropriately redacted copy of the configurator submitted *in camera* on May 7, 2001. An appropriately redacted copy shall display the layout of the program and shall contain the instruction page and any other non-proprietary information; however, the Nortech part names and numbers, prices, and other proprietary data shall be appropriately omitted.

Dated: November 1, 2001

DONOVAN W. FRANK
Judge of United States District Court