**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DISTRICT**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc.
(d/b/a "Nortech Computer Systems"),
and Jay T. Erickson,

Defendants.

Court File No. 01-657 (DWF/AJB)

**STIPULATION TO AMEND SCHEDULING ORDER**
AND ORDER

---

**WHEREAS**, the Court's November 21, 2001, order amending the scheduling order, established the following deadlines:

| | |
|---|---|
| Discovery deadline | February 13, 2002; |
| Responsive Expert Disclosures | January 14, 2002; |
| Rebuttal Reports | January 30, 2002; |
| Motion seeking Injunctive Relief | March 18, 2002; |
| Response to Injunctive Relief | April 8, 2002; |
| Reply to Injunctive Relief | April 15, 2002; |
| Injunctive Hearing | April 20, 2002. |

**WHEREAS,** Plaintiff and Defendants have undertaken considerable time conducting discovery with the assistance of computer experts and retrieving data from computer hardware and systems;

JAN 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** Plaintiff and Defendant have had to review thousands of documents prior to production due to the sensitive nature of the data;

**WHEREAS**, Plaintiff and Defendant have had to review and collate the master customer lists for each party into a joint customer list; and

**WHEREAS,** the parties have agreed to a thirty (30) day extension of all deadlines.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified to extend all deadlines (30) days.

Dated: Jan. 14, 2002

THOMAS E. PROPSON (#231046)
CLINT S. BOGDEN (#290154)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Plaintiff Equus Computer Systems, Inc.*

**WHEREAS,** Plaintiff and Defendant have had to review thousands of documents prior to production due to the sensitive nature of the data;

**WHEREAS**, Plaintiff and Defendant have had to review and collate the master customer lists for each party into a joint customer list; and

**WHEREAS,** the parties have agreed to a thirty (30) day extension of all deadlines.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified to extend all deadlines (30) days.

Dated: ___________, 2002

______________________________

**THOMAS E. PROPSON** (#231046)
**CLINT S. BOGDEN** (#290154)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Plaintiff Equus Computer Systems, Inc.*

Dated: January 13, 2002

Shannon M. McDonough

**DONALD CHANCE MARK** (#67659)
**SHANNON M. MCDONOUGH** (#259512)
Fafinski, Mark & Johnson P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Fax (952) 995-9577

**ORDER**

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the Amended Scheduling Order dated November 21, 2001 is hereby amended as follows:

1. Discovery deadline is extended to March 13, 2002;
2. Responsive Expert Disclosures is extended to February 21, 2002;
3. Rebuttal Report deadline is extended to March 7, 2002;
4. Motion seeking Injunctive Relief is due April 15, 2002;
5. Response to Injunctive Relief is due May 6, 2002;
6. Reply to Injunctive Relief is due May 13, 2002;
7. Injunctive Hearing will begin no later than May 20, 2002.

**BY THE COURT:**

Dated: January 16, 2002

Honorable Arthur J. Boylan
United Stated Magistrate Judge

/936061.1