**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DISTRICT**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc. (d/b/a "Nortech Computer Systems"), Jay T. Erickson, and Sean Quinlan.

Defendants.

Court File No. 01-657 (DWF/AJB)

**ORDER**

---

Counsel of record for plaintiff Equus Computer Systems, Inc., and for defendants Northern Computer Technologies, Inc., Jay Erickson, and Sean Quinlan came before the Honorable Arthur J. Boylan on the 14th day of February, 2002 via telephonic conference.

Based upon all submissions, memoranda, affidavits, and exhibits on file with the Court, and upon the files, records, appearance of counsel, and proceedings herein, the Court makes the following Order:

**IT IS HEREBY ORDERED:**

1. That both parties will exchange copies of emails, previously compiled by FTI Consulting, on Monday, February 25, 2002, on or before 4:30 p.m.

2. That Defendant Northern Computer Technologies, Inc. will produce to Plaintiff a list of customers that have received Exhibit A, previously attached to the Plaintiff's Interrogatories to Nortech, on Wednesday, February 28, 2002, on or before 4:30 p.m.

Dated: 2/20/02

Honorable Arthur J. Boylan
United Stated Magistrate Judge

/944501.1

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK