**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DISTRICT**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc. (d/b/a "Nortech Computer Systems"), Jay T. Erickson, and Sean Quinlan.

Defendants.

Court File No. 01-657 (DWF/AJB)

**ORDER**

---

Counsel of record for plaintiff Equus Computer Systems, Inc., and for defendants Northern Computer Technologies, Inc., Jay Erickson, and Sean Quinlan came before the Honorable Arthur J. Boylan via telephonic conference on Tuesday, March 12, 2002..

Based upon all submissions, memoranda, affidavits, and exhibits on file with the Court, and upon the files, records, appearance of counsel, and proceedings herein, the Court makes the following Order:

**IT IS HEREBY ORDERED:**

1. That the Defendants will produce Jay Erickson, Sean Quinlan, and David Bollig for deposition to be completed by 4:30 p.m., on April 5, 2002.

2. That the Plaintiffs will produce Andy Juang, Jim Lewis, and Todd Kivinen for deposition to be completed by 4:30 p.m., on April 5, 2002.

Dated: 3/16/02

Honorable Arthur J. Boylan
United Stated Magistrate Judge

/950246

MAR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK