**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DISTRICT**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc.
(d/b/a "Nortech Computer Systems"),
and Jay T. Erickson,

Defendants.

Court File No. 01-657 (DWF/AJB)

**STIPULATION TO AMEND SCHEDULING ORDER**
AND ORDER

---

**WHEREAS**, the Court's January 16, 2002, order amending the scheduling order, established the following deadlines:

| | |
|---|---|
| Discovery deadline | March 13, 2002; |
| Responsive Expert Disclosures | February 21, 2002; |
| Rebuttal Reports | March 7, 2002; |
| Motion seeking Injunctive Relief | April 15, 2002; |
| Response to Injunctive Relief | May 6, 2002; |
| Reply to Injunctive Relief | May 13, 2002; |
| Injunctive Hearing | May 20, 2002. |

**WHEREAS,** the Court's March 12, 2002, Order directed the Parties to complete depositions by April 5, 2002;

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** the schedules of the witnesses and attorneys will not allow for completion of the depositions until May 10, 2002 as one of the witnesses is out of the country for an extended period of time;

**WHEREAS,** the parties have agreed to extend the discovery deadline to May 10, 2002, and extend the briefing schedule for the preliminary injunction in the Court's Scheduling Order by thirty-two (32) days.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified accordingly.

Dated: Mar. 19, 2002

THOMAS E. PROPSON (#231046)
CLINT S. BOGDEN (#290154)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Plaintiff Equus Computer Systems, Inc.*

Dated: Mar. 21, 2002

DONALD CHANCE MARK (#67659)
SHANNON M. MCDONOUGH (#259512)
Fafinski, Mark & Johnson P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Fax (952) 995-9577

*Attorneys for the Defendants.*

**ORDER**

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the all depositions shall be taken by 4:30 on May 10, 2002, and that the Amended Scheduling Order dated January 16, 2002 is hereby amended as follows:

1. Discovery Deadline is May 10, 2002;
2. Motion seeking Injunctive Relief is due May 17, 2002;
3. Response to Injunctive Relief is due June 7, 2002;
4. Reply to Injunctive Relief is due June 14, 2002;
5. Injunctive Hearing will begin no later than June 28, 2002.

**BY THE COURT:**

Dated: 3/27/02

Honorable Arthur J. Boylan
United Stated Magistrate Judge

/951275.2