**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DISTRICT**

---

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Technologies, Inc. (d/b/a "Nortech Computer Systems"), and Jay T. Erickson,

Defendants.

Court File No. 01-657 (DWF/AJB)

**STIPULATION TO AMEND SCHEDULING ORDER**

---

**WHEREAS**, the Court's March 27, 2002, order amending the scheduling order, established the following deadlines:

| | |
|---|---|
| Motion seeking Injunctive Relief | May 17, 2002; |
| Response to Injunctive Relief | June 7, 2002; |
| Reply to Injunctive Relief | June 14, 2002; |
| Injunctive Hearing | June 28, 2002. |

**WHEREAS,** the Court's March 12, 2002, Order directed the Parties to complete depositions by April 5, 2002;

**WHEREAS,** the schedules of the witnesses and attorneys will not allow for completion of the depositions until May 10, 2002 as one of the witnesses is out of the country for an extended period of time;

**WHEREAS,** the parties have agreed to extend the briefing deadlines seven days.

MAY 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and among the parties through their respective counsel that the scheduling order should be modified accordingly.

Dated: May 2, 2002

**THOMAS E. PROPSON** (#231046)
**CLINT S. BOGDEN** (#290154)
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661

*Attorneys for Plaintiff Equus Computer Systems, Inc.*

Dated: May 6, 2002

**DONALD CHANCE MARK** (#67659)
**SHANNON M. MCDONOUGH** (#259512)
Fafinski, Mark & Johnson P.A.
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Fax (952) 995-9577

*Attorneys for the Defendants.*

**ORDER**

Pursuant to the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

That the Amended Scheduling Order dated March 27, 2002 is hereby amended as follows:

1. Motion seeking Injunctive Relief is due May 24, 2002;

3. Response to Injunctive Relief is due June 14, 2002;

4. Reply to Injunctive Relief is due June 21, 2002;

5. Injunctive Hearing will begin no later than July 12, 2002.

**BY THE COURT:**

Dated: 5/8/02

Honorable Arthur J. Boylan
United States Magistrate Judge

/951275.3