**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

EQUUS COMPUTER SYSTEMS, INC.,

Plaintiff,

Civil No. 01-657 DWF/AJB

**ORDER ON DISCOVERY AND SCHEDULING**

v.

NORTHERN COMPUTER TECHNOLOGIES, INC. (D/B/A/ "NORTECH COMPUTER SYSTEMS"), AND JAY T. ERICKSON.

Defendants.

---

The above matter came before the Court on Plaintiff's Motion to Compel Discovery. A hearing was held on September 19, 2002 at the U. S. Courthouse, 316 Robert St., St. Paul, MN 55101. Also, a telephone conference regarding scheduling was held on September 19, 2002. The Plaintiff is represented by Thomas E. Propson, Esq. and Clint S. Bogden, Esq. The Defendants are represented by Donald Chance Mark, Esq. and Shannon M. McDonough, Esq. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT** Defendant's Motion to Compel is **granted in part and denied in part** [Docket No. 93], as set forth below.

1. Defendants shall produce the Erickson spreadsheet for Attorneys' Eyes Only review by Plaintiff.

2. Plaintiff may not depose Jay Erickson regarding the spreadsheet.

3. Defendant shall produce the redacted lead list.

SEP 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Plaintiff may depose Bollig, but the deposition is limited to the subject of the lead list mentioned above.

**IT IS FURTHER ORDERED THAT** the schedule shall be amended as set forth below.

1. All damages discovery shall be completed by December 20, 2002.

   a. Each side shall take no more than 5 depositions regarding damages.

   b. Each deposition shall be limited to one day. One day is defined as nine hours, with a one-hour break for lunch, one fifteen-minute break in the morning and one fifteen-minute break in the afternoon.

2. Dispositive motions shall be served by December 1, 2002.

3. The parties shall be ready for trial on February 1, 2003.

Dated: September 20, 2002

Arthur J. Boylan
United States Magistrate Judge