# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc."; Jay T. Erickson; and Sean Quinlan,

Defendants.

Civil No. 01-657 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas E. Propson, Esq. and Clinton S. Bogden, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, on behalf of Plaintiff.

Shannon M. McDonough, Esq. and Donald C. Mark, Jr., Esq., Fafinksi, Mark & Johnson, 6600 City West Parkway, Suite 300, Eden Prairie, Minnesota 55344, on behalf of Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 20th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 20 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________