**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equus Computer Systems, Inc., | Civil No. 01-657 (DWF/AJB)

Plaintiff,

v. | **ORDER**

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc."; Jay T. Erickson; and Sean Quinlan,

Defendants.

---

Thomas E. Propson, Esq. and Clinton S. Bogden, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, on behalf of Plaintiff.

Shannon M. McDonough, Esq. and Donald C. Mark, Jr., Esq., Fafinksi, Mark & Johnson, 775 Prairie Center Drive, Suite 400, Eden Prairie, Minnesota 55344, on behalf of Defendants.

---

The Court entered an Order of Dismissal on November 20, 2002 retaining jurisdiction for ninety (90) days. The Court has been informed that the process of finalizing settlement documents has taken longer than expected and counsel request an additional thirty (30) days to ensure that settlement documents be executed within the Court's timing parameters. Therefore,

**IT IS ORDERED** that the Court will retain jurisdiction until April 1, 2003, to permit any party to move to reopen the action, for good cause shown, or ~~to~~ submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 13, 2003

DONOVAN W. FRANK
Judge of United States District Court

FEB 13 2003
Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________