**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equus Computer Systems, Inc.,

Plaintiff,

v.

Northern Computer Systems, Inc., being sued as Northern Computer Technologies, Inc., d/b/a "Nortech Computer Systems, Inc."; Jay T. Erickson; and Sean Quinlan,

Defendants.

Civil No. 01-657 (DWF/AJB)

**ORDER**

---

Thomas E. Propson, Esq. and Clinton S. Bogden, Esq., Meagher & Geer, 4200 Multifoods Tower, 33 South 6th Street, Minneapolis, Minnesota 55402, on behalf of Plaintiff.

Shannon M. McDonough, Esq. and Donald C. Mark, Jr., Esq., Fafinksi, Mark & Johnson, 775 Prairie Center Drive, Suite 400, Eden Prairie, Minnesota 55344, on behalf of Defendants.

---

The Court entered an Order of Dismissal on November 20, 2002 retaining jurisdiction for ninety (90) days. Upon request of counsel, on February 13, 2003, the Court entered an Order extending jurisdiction until April 1, 2003. The Court has again been informed that the process of finalizing settlement documents has taken longer than expected. Therefore,

**IT IS ORDERED** that the Court will retain jurisdiction until June 1, 2003, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 27, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 27 2003
Richard D. Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials